IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC., and
DAVID C. JOHNSON,

**Plaintiffs,**

vs.                                          Civ. No. 10-1152 JH/WDS

TRANSITIONAL LIVING CORPORATION,
KENT SHERMAN, TED EARL, JIM HANLEY,
and STEPHEN COLE,

**Defendants.**

### ORDER SETTING EXPEDITED TELEPHONIC HEARING
### ON MOTION TO WITHDRAW AS COUNSEL

It is hereby ordered that telephonic oral argument on the below noted motion is hereby scheduled for **September 1, 2011, at 2:00 P.M.**.

The motion that will be addressed by the Court at that time is:

Document 61: Motion to Withdraw as Counsel

Any objection to the granting of this motion shall be filed before August 31, 2011. Mr. Earl, Mr. Freedman, and Mr. Urias are required to appear telephonically. Other counsel are not required to appear. Mr. Freedman and Mr. Urias are directed to arrange an AT&T conference call (or equivalent) and provide the contact information to the Court, Mr. Earl, and all other participants.

**IT IS SO ORDERED.**

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE