IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC..
and DAVID JOHNSON,

Plaintiffs,

No.                                                                  6:10-cv-01152-JCH-WDS

TRANSITIONAL LIVING CORPORATION,
KENT SHERMAN, TED EARL, JIM HANLEY
and STEPHEN COLE,

Defendants.

### ORDER GRANTING IN PART THE MOTION OF CHARLES PEIFER, TIFFANY DOWELL, AND THE FIRM OF PEIFER, HANSON, AND MULLINS, P.A. TO WITHDRAW AS COUNSEL FOR TRANSITIONAL LIVING CORPORATION, KENT SHERMAN, JIM HANLEY AND STEPHEN COLE

**THIS MATTER** comes before the Court on the Motion to Withdraw as Counsel (Doc. 108) filed by Craig L. Keller, Esq., Daryl R. Wilson, Esq. and the firm of Keller & Hickey, P.C. Movants seek leave to withdraw as counsel for Defendants Transitional Living Corporation, Kent Sherman, Jim Hanley and Stephen Cole. The Court, having considered the Motion and finding no objections in the Court record, grants the motion as to Defendants Kent Sherman, Jim Hanley and Stephen Cole.

As to Transitional Living Corporation, Inc. (TLC), however, the Court notes that TLC filed a Notice of Filing of Bankruptcy on April 5, 2012, notifying the Court that it had filed for Chapter 7 Bankruptcy on March 30, 2012. The bankruptcy is pending in the United States Bankruptcy Court of Arizona styled as Cause No. 2:12-bk-06672-CGC; *In re Transitional Living Corporation.* The filing of the bankruptcy petition operates to stay the continuation of this judicial proceeding against Defendant Transitional Living Corporation, Inc. 11 U.S.C. § 362(a)(1).

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel (Doc. 108) filed

by Craig L. Keller, Esq., Daryl R. Wilson, Esq. and the firm of Keller & Hickey, P.C. (Doc. 109) is granted as to Defendants Kent Sherman, Jim Hanley and Stephen Cole, who will now appear *pro se* before this Court and can be reached at the addresses listed below:

Mr. Kent Sherman
10090 East Bloomfield Road
Scottsdale, AZ 85260
Tel: (480) 553-7339
Email: kent@scg-incorporated.com

Mr. Jim Hanley
33 Rosehill Ave., Ste. 2905
Toronto, Ontario Canada M4T 1G4
Tel: (416) 254-0744
Email: jhanleygth@gmail.com

Mr. Steve Cole
P.O. Box 2411
Wickenburg, AZ 85358
Tel: (928) 684-1490
Email: stevecole1942@gmail.com

The Court defers any action upon the Motion to Withdraw as counsel for Defendant Transitional Living Corporation until after the lifting of the bankruptcy stay.

**IT IS SO ORDERED** on this 10th day of August, 2012.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge