IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC.,
and DAVID C. JOHNSON,

        Plaintiffs,

vs.                                    CIVIL NO.   10-1152 KG/LFG

TRANSITIONAL LIVING CORPORATION,
TED EARL, JIM HANLEY and STEPHEN
COLE,
        Defendants.

TRANSITIONAL LIVING CORPORATION,
JIM HANLEY and STEPHEN COLE,

        Counter Claimants,

vs.

DAVID C. JOHNSON and SAN CRISTOBAL
ACADEMY, INC.,

        Counter Defendants.

## DEFAULT JUDGMENT AGAINST DEFENDANT TED EARL

Having adopted the Magistrate Judge's Report and Recommendation [Doc. 150], the Court granted Plaintiffs' motion for default judgment as to claims against Defendant Ted Earl ("Earl") and now enters default judgment against Earl.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that default judgment is granted in favor of Plaintiffs and against Defendant Ted Earl on liability for all claims Plaintiffs assert against Earl.

_____
UNITED STATES DISTRICT COURT