IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC.,
AND DAVID C. JOHNSON,

    Plaintiffs,

vs.                                                   CIV 10-1152 KG/LAM

TRANSITIONAL LIVING CORPORATION, *ET AL.,*

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, JULY 22, 2014 AT 2:00 PM**. Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
UNITED STATES DISTRICT JUDGE