IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC., ET AL.,

    Plaintiffs,

vs.                                                CIV 10-1152 KG/KK

TRANSITIONAL LIVING CORPORATION, ET AL.,

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, JULY 29, 2015 AT 2:00 PM**.  Counsel shall call Judge Gonzales' Meet Me line at 505.348.2354 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
UNITED STATES DISTRICT JUDGE