IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC.,
and DAVID C. JOHNSON,

    Plaintiffs,

vs.                                                                 Civ. No. 10-1152 KG/KK

TRANSITIONAL LIVING CORPORTION,
KEN SHERMAN, TED EARL,
JIM HANLEY and STEPHEN COLE,

    Defendants.

## ORDER

This matter comes before the Court upon (1) a Renewed Motion to Withdraw as Counsel for Transitional Living Corporation filed on July 31, 2015, by Charles R. Peifer, Matthew E. Jackson, and the firm of Peifer, Hanson, and Mullins, P.A.; and (2) a Renewed Motion to Withdraw as Counsel for Transitional Living Corporation filed on August 4, 2015, by Craig L. Keller and the firm of Gust Rosenfeld, PLC. (Docs. 182 and 184).

Defendant Transitional Living Corporation has not objected to either Renewed Motion to Withdraw as provided under the Renewed Motions to Withdraw. *Id.* at 2 ("Any objections to this motion to withdraw must be served on counsel for all the parties and filed within 14 days of the date of service of this motion."). Consequently, Defendant Transitional Living Corporation is deemed to have consented to the Renewed Motions to Withdraw. *See* D.N.M. LR-Cv 83.8(b) (failure to object to motion to withdraw within fourteen days from date of service of motion "constitutes consent to grant the motion."). In addition, the Court finds that counsel for Defendant Transitional Living Corporation filed the Renewed Motions to Withdraw in compliance with Local Rule 83.8, and that counsel have shown good cause for granting the

Renewed Motions to Withdraw.  For these reasons, the Court grants the Renewed Motions to Withdraw.

 IT IS ORDERED, THEREFORE, that

 1.  the Renewed Motion to Withdraw as Counsel for Transitional Living Corporation (Doc. 182) is granted;

 2.  the Renewed Motion to Withdraw as Counsel for Transitional Living Corporation (Doc. 184) is granted;

 3.  the firm of Peifer, Hanson, and Mullins, P.A. is directed to serve this Order on Defendant Transitional Living Corporation by First Class, United States Mail;

 4.  Defendant Transitional Living Corporation shall obtain substitute counsel within 15 days of the date of service of this Order; and

 5.  if Defendant Transitional Living Corporation does not obtain substitute counsel as ordered, the Court may enter a default judgment or impose appropriate sanctions against Defendant Transitional Living Corporation.[1]

_____
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 83.8(b) states that a "corporation … can appear only with an attorney.  Absent entry of appearance by a new attorney, … default judgment or other sanctions [may be] imposed."