IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| SAN CRISTOBAL ACADEMY, INC. and DAVID C. JOHNSON, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 1:10-cv-01152-KG-KK |
| TRANSITIONAL LIVING CORPORATION, KENT SHERMAN, TED EARL, JIM HANLEY and STEPHEN COLE, | § § § § § | |
| Defendants. | § | |

ORDER GRANTING MOTION TO DISMISS
DEFENDANT STEPHEN COLE WITHOUT PREJUDICE

**CAME ON** to be considered by the Court the Motion to Dismiss Defendant Stephen Cole Without Prejudice filed by Plaintiffs San Cristobal Academy, Inc. and David C. Johnson. The Court, having considered the Motion,

**FINDS** that the Motion to Dismiss Defendant Stephen Cole Without Prejudice should be **GRANTED.**

**IT IS THEREFORE ORDERED THAT** all claims asserted in this cause by Plaintiffs San Cristobal Academy, Inc. and David C. Johnson against Defendant Stephen Cole only are hereby dismissed without prejudice to re-filing, and that costs are taxed to the party incurring same.

**SO ORDERED** this 25th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE