IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC.
and DAVID C. JOHNSON,

    Plaintiffs,

vs.                                                     Civ. No. 10-1152 KG/KK

TRANSITIONAL LIVING CORPORATION,
TED EARL, and STEPHEN COLE,

    Defendants,

TRANSITIONAL LIVING CORPORATION,

    Counterclaimant,

v.

SAN CRISTOBAL ACADEMY, INC.
and DAVID C. JOHNSON,

    Counterdefendants.

### DEFAULT JUDGMENT AGAINST DEFENDANT/COUNTERCLAIMANT TRANSITIONAL LIVING CORPORATION AND ORDER DISMISSING COUNTERCLAIMS WITHOUT PREJUDICE

This matter comes before the Court upon its August 24, 2015, Order (Doc. 192). In that Order, the Court ordered Defendant/Counterclaimant Transitional Living Corporation (TLC) to obtain substitute counsel within 15 days of the date of service of the Order. The Court further put TLC on notice that failure to obtain substitute counsel could result in a default judgment or appropriate sanctions against TLC. TLC has not obtained counsel as ordered by the Court. Hence, the Court will enter default judgment against TLC and dismiss its counterclaims for want of prosecution.

Case 1:10-cv-01152-KG-KK   Document 204   Filed 09/25/15   Page 2 of 2

IT IS ORDERED that

1. default judgment is granted in favor of Plaintiffs and against Defendant/Counterclaimant Transitional Living Corporation on liability for all claims Plaintiffs assert against Defendant/Counterclaimant Transitional Living Corporation; and

2. Defendant/Counterclaimant Transitional Living Corporation's counterclaims are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

2