IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN CRISTOBAL ACADEMY, INC.
and DAVID C. JOHNSON,

    Plaintiffs,

vs.                                                      Civ. No. 10-1152 KG/KK

TRANSITIONAL LIVING CORPORATION,
AND TED EARL,

    Defendants.

ORDER

This matter comes before the Court after holding a telephonic status conference on October 1, 2015, regarding how to address the damages determination against the defaulting Defendants.

IT IS ORDERED that

1. briefing and any admissible evidence addressing damages caused by the defaulting Defendants, Transitional Living Corporation and Ted Earl, shall be filed with the Court no later than 5:00 PM on October 30, 2015;

2. any responsive briefing shall be filed with the Court no later than 5:00 PM on November 13, 2015; and

3. a proposed order shall be submitted to chambers by Plaintiffs' counsel no later than 5:00 PM on November 16, 2015.

_____
UNITED STATES DISTRICT JUDGE